AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| InvesTrex LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. _____ |
| Bloomberg L.P. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

InvesTrex LLC .

Date:    02/24/2023

/s/ David Walter deBruin
*Attorney's signature*

David Walter deBruin (DE # 4846)
*Printed name and bar number*

Napoli Shkolnik LLC
919 North Market Street - Suite 1801
Wilmington DE 19801-3033

*Address*

ddebruin@napolilaw.com
*E-mail address*

(302) 330-8025
*Telephone number*

*FAX number*