THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **INVESTREX LLC,**<br><br>  Plaintiff,<br><br> *v.*<br><br>**BLOOMBERG L.P.,**<br><br>  Defendant. | CASE No. 1:23-CV-00205-CFC<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S STATEMENT REGARDING THIRD-PARTY FUNDING

Pursuant to the Court's Standing Order Regarding Third-Party Litigation Funding Arrangements, Plaintiff InvesTrex LLC states that it has made arrangements with Marbit Lending, LLC under which Marbit Lending, LLC provides funding for expenses to litigate this action on a non-recourse basis in exchange for a fixed financial percentage of any monetary recovery. Marbit Lending, LLC was formed in Texas, and its address is 10415 Morado Circle, Suite 1-310, Austin TX 78759-6198. Marbit Lending, LLC's approval is not necessary for litigation or settlement decisions in the action.

Dated: April 6, 2023

Respectfully submitted,

 */s/ David Walter deBruin*
David Walter deBruin (DE # 4846)
**NAPOLI SHKOLNIK LLC**
919 North Market Street – Suite 1801
Wilmington DE  19801-3033
Tel. (302) 330-8025
ddebruin@napolilaw.com

Isaac Philip Rabicoff
*(Admitted Pro Hac Vice)*
**RABICOFF LAW LLC**
600 Mamaroneck Avenue – Suite 400
Harrison NY  10528-1613
Tel. (773) 669-4590
isaac@rabilaw.com

*Counsel for Plaintiff
InvesTrex LLC*

- 2 -

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on April 6, 2023 via this Court's CM/ECF system.

                                                                                */s/ David Walter deBruin*
                                                                                David Walter deBruin (DE # 4846)