THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **INVESTREX LLC,**<br>Plaintiff,<br><br>*v.*<br><br>**BLOOMBERG L.P.,**<br>Defendant. | **CASE No. 1:23-cv-00205-CFC**<br>**PATENT CASE**<br>**JURY TRIAL DEMANDED** |

## MOTION FOR LEAVE TO APPEAR TELEPHONICALLY

1. Plaintiff's representative, Jeff Gross and Lead Plaintiff's Counsel, Isaac Rabicoff hereby seek leave to appear telephonically for the Show Cause hearing set for April 11, 2023, at 1:00 p.m. [D.I. 9]

2. As set forth in the Plaintiff's Corrected Rule 7.1 Disclosure Statement, Jeff Gross is the sole member and owner of Plaintiff Investrex LLC. [D.I. 11] Accordingly, Jeff Gross is the only appropriate representative of Plaintiff.

3. Jeff Gross currently resides in New York, New York.

4. Physically appearing at the Show Cause hearing would conflict with Jeff Gross's religious observance of Passover, which runs from April 5 to April 13 this year.

5. To avoid preventing Jeff Gross from observing a religious holiday, Jeff Gross respectfully requests leave to appear telephonically for the hearing.

6. As lead counsel, Rabicoff is in the best position to address the Court's concerns relating to the Show Cause order. Moreover, Plaintiff's Counsel David deBruin, as Delaware counsel, has more limited knowledge relating to the issues surrounding the Show Cause order.

7. Rabicoff currently resides in Mamaroneck, New York.

8. Rabicoff has a medical condition, G.E.R.D., which requires treatment by a specialist and required a diagnostic surgical procedure last year.

9. Due to a recent episode relating to this medical condition, traveling to the Court at this time would greatly exacerbate his condition and cause serious adverse health consequences.

10. To avoid potentially serious adverse health consequences, Rabicoff respectfully requests leave to appear telephonically for the hearing.

WHEREFORE, for the reasons stated above, Plaintiff's representative, Jeff Gross and Plaintiff's Counsel Isaac Rabicoff respectfully request leave to appear telephonically for the Show Cause hearing set for April 11, 2023, at 1:00 p.m.

Dated: April 7, 2023                    Respectfully submitted,

*/s/ David Walter deBruin*
David Walter deBruin (DE # 4846)
**NAPOLI SHKOLNIK LLC**
919 North Market Street – Suite 1801
Wilmington DE  19801-3033
Tel. (302) 330-8025
ddebruin@napolilaw.com

Isaac Philip Rabicoff
*(Admitted Pro Hac Vice)*
**RABICOFF LAW LLC**
600 Mamaroneck Avenue – Suite 400
Harrison NY  10528-1613
Tel. (773) 669-4590
isaac@rabilaw.com

*Counsel for Plaintiff*
*InvesTrex LLC*

- 4 -

SO ORDERED this _____ day of _____ , 2023.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on April 7, 2023 via this Court's CM/ECF system.

*/s/ David Walter deBruin*
David Walter deBruin (DE # 4846)
