IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVESTREX LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-205 (CFC) |
| | ) |
| BLOOMBERG L.P., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for Defendant to answer, move or otherwise respond to the Complaint is extended until May 22, 2023.

| | |
|---|---|
| NAPOLI SHKOLNIK LLC | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
| */s/ David Walter deBruin* | */s/ Jack B. Blumenfeld* |
| David Walter deBruin (#4846) | Jack B. Blumenfeld (#1014) |
| 919 North Market Street, Suite 1801 | Megan E. Dellinger (#5739) |
| Wilmington, DE  19801-3033 | 1201 North Market Street |
| (302) 330-8025 | P.O. Box 1347 |
| ddebruin@napolilaw.com | Wilmington, DE  19899 |
| | (302) 658-9200 |
| *Attorneys for Plaintiff* | jblumenfeld@morrisnichols.com |
| | mdellinger@morrisnichols.com |
| | |
| | *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2023.

_____
The Honorable Colm F. Connolly
Chief, United States District Court Judge